UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-145-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| MAMADOU JALLOW | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 32 be sealed until such time as it is requested to be unsealed by the Defendant.

SO ORDERED, This __16__ day of April, 2016.

JAMES C. DEVER III
Chief United States District Judge