IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-145-D
No. 5:17-CV-180-D

| | |
|---|---|
| MAMADOE JALLOW, ) | |
| Petitioner, ) | |
| v. ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

The United States shall file a response to petitioner's amended motion to vacate under 28 U.S.C. § 2255 and 18 U.S.C. § 3006(A) [D.E. 41]. The response is due not later than June 2, 2017.

SO ORDERED. This 18 day of April 2017.

JAMES C. DEVER III
Chief United States District Judge